E-FILED
Tuesday, 12 November, 2024  09:37:57 AM
Clerk, U.S. District Court, ILCD

# Exhibit B

## Smentek, Sharilee K.

| | |
|---|---|
| **From:** | Smentek, Sharilee K. |
| **Sent:** | Friday, July 19, 2024 7:37 PM |
| **To:** | Dave Ogden |
| **Cc:** | Mendez, Katherine |
| **Subject:** | RE: Ogden v. Rivian |
| **Attachments:** | Ogden - Defendant's First Set of Requests for Production to Plaintiff [6_7_24] (311655436.1).pdf; Ogden - Defendant's First Set of Interrogatories to Plaintiff [6_7_24] (311655401.1).pdf |

Mr. Ogden,

As you know, we previously served you with Defendant's First Set of Interrogatories to Plaintiff on June 7, 2024.  Another copy is attached.  You were required to respond in writing, under oath, within 30 days, or by July 8, 2024.  To date, you have not responded to Defendant's First Set of Interrogatories to Plaintiff in writing, under oath, as required by Federal Rule of Civil Procedure 33.

We also served you with Defendant's First Set of Requests for Production to Plaintiff on June 7, 2024.  Another copy is attached.  You were required to respond in writing within 30 days, or by July 8, 2024, and produce copies of the documents or electronically stored information that are responsive to each request.  To date, you have not responded to Defendant's First Set of Requests for Production to Plaintiff in writing, or produced copies of the responsive documents, as required by Federal Rule of Civil Procedure 34.

Please provide Plaintiff's verified written answers to Defendant's First Set of Interrogatories, Plaintiff's written responses to Defendant's First Set of Requests for Production to Plaintiff, and Plaintiff's document production within seven (7) days or **by July 26, 2024**.

Should you wish to discuss, please do not hesitate to contact me.

Regards,
Sharilee

---

**From:** Smentek, Sharilee K.
**Sent:** Friday, June 7, 2024 5:29 PM
**To:** Dave Ogden <davekogden@yahoo.com>
**Cc:** Mendez, Katherine <KMendez@seyfarth.com>
**Subject:** Ogden v. Rivian

Mr. Ogden,

Attached are copies of the following documents:

- Defendant's Rule 26(a)(1) Disclosures;
- Defendant's First Set of Interrogatories to Plaintiff;
- Defendant's First Set of Requests for Production to Plaintiff; and
- Notice of Deposition to Plaintiff.

We've arbitrarily noticed your deposition for Tuesday, August 13, 2024 beginning at 9 a.m.  Please let us know if that date does not work.

Regards,

Sharilee

1:23-cv-01415-JEH-RLH    # 36-2    Filed: 11/12/24    Page 3 of 3