E-FILED
Tuesday, 12 November, 2024  09:37:58 AM
Clerk, U.S. District Court, ILCD

# Exhibit C

## Smentek, Sharilee K.

| | |
|---|---|
| **From:** | Smentek, Sharilee K. |
| **Sent:** | Friday, August 2, 2024 10:02 AM |
| **To:** | Dave Ogden |
| **Cc:** | Mendez, Katherine |
| **Subject:** | FW: Ogden v Rivian - Confirmation of Deposition |
| **Attachments:** | Ogden - Defendant's First Set of Interrogatories to Plaintiff [6_7_24](311655401.1).pdf |

My apologies. I omitted a word.

**From:** Smentek, Sharilee K.
**Sent:** Friday, August 2, 2024 9:13 AM
**To:** Dave Ogden <davekogden@yahoo.com>; Mendez, Katherine <KMendez@seyfarth.com>
**Subject:** RE: Ogden v Rivian - Confirmation of Deposition

Good morning,

Before we can proceed with your deposition, we need you to comply with your written discovery obligations. I'm in the process of putting together an email identifying the deficiencies with your written responses to Defendant's First Set of Requests for Production and your document production, but we still do *not* have your verified written answers to Defendant's First Set of Interrogatories.

Can you please provide Plaintiff's verified written answers to Defendant's First Set of Interrogatories (copy attached) by next Friday, August 9, 2024?

Regards,
Sharilee

**From:** Dave Ogden <davekogden@yahoo.com>
**Sent:** Friday, August 2, 2024 8:49 AM
**To:** Smentek, Sharilee K. <ssmentek@seyfarth.com>; Mendez, Katherine <KMendez@seyfarth.com>
**Subject:** Ogden v Rivian - Confirmation of Deposition

---

**This Message Is From an External Sender**

This message came from outside your organization.

---

Good Morning Ms. Smentek,

In her mail of 07 June, 2024 Counsil suggested a deposition of the Plaintiff, *"arbitrarily noticed your deposition for Tuesday, August 13, 2024 beginning at 9 a.m."*

If conducive with council's schedule, Mr. Ogden would prefer to provide deposition on Monday, 12 August, 2024.

Your suggestions?

Respectfully Submitted,

David Ogden, Plaintiff pro se

1

David Ogden  Cell: 618.789.4163 Personal E-mail: davekogden@yahoo.com http://www.linkedin.com/pub/dave-ogden/26/762/ba7